

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2019

No. 04-19-00542-CV

Vinod S. **IDNANI,**
Appellant

v.

Mansha V. **IDNANI,**
Appellee

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2016-CVG-001721-C3
Honorable Ron Carr, Judge Presiding

# O R D E R

The clerk's record has not been filed, but the docketing statement shows the trial court signed a final judgment on May 9, 2019, and Appellant timely filed a motion for new trial.

Assuming these facts, Appellant's notice of appeal was due on August 7, 2019, *see* TEX. R. APP. P. 26.1(a), and a motion for extension of time to file a notice of appeal is due by August 22, 2019, *see id.* R. 26.3.

It appears that Appellant filed a notice of appeal in the trial court on August 11, 2019; Appellant filed a motion for extension of time to file a notice of appeal in this court on the same day. *See id. See generally Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (implying a motion for extension of time in certain circumstances).

Assuming the facts stated above, Appellant filed a notice of appeal in the trial court within fifteen days after the deadline for filing a notice of appeal and filed in this court a motion for extension of time that complies with Rule 10.5(b). *See* TEX. R. APP. P. 26.3.

Appellant's motion for extension of time to file a notice of appeal is GRANTED. Appellant's notice of appeal is deemed timely filed.



Patricia O. Alvarez, Justice

　　　　IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2019.

KEITH E. HOTTLE,
Clerk of Court